## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| CARLOS BRITO, Individually | **CASE NO.:** 1:20-cv-20807-KMM |
| Plaintiff, | |
| **vs.** | |
| TWENTY SEVEN BIRDS HOLDING, LLC, a Florida Limited Liability Company, TWENTY SEVEN BIRDS, CORP., d/b/a FLANIGAN'S SEAFOOD BAR & GRILL, and d/b/a  BIG DADDY'S LIQUORS, a Florida corporation, | |
| Defendants. | |

### NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and the Defendants, TWENTY SEVEN BIRDS HOLDING, LLC, and TWENTY SEVEN BIRDS, CORP., d/b/a FLANIGAN'S SEAFOOD BAR & GRILL, and d/b/a  BIG DADDY'S LIQUORS, (collectively referred to as the 'Parties"), hereby notify the Court that a settlement has been reached, by and between the Parties. The Parties are in the process of preparing and executing settlement documents, and they anticipate filing a Joint Stipulation of Dismissal to properly dispose of this action.

In view of the Parties settlement, 30 days is requested to file all necessary motions or stipulations with the Court requesting jurisdiction be retained over the Parties settlement agreement for enforcement purposes.

Dated: September 15, 2020                              Respectfully submitted,

1

By:*/S/ Camilo F. Ortega*
Camilo F. Ortega, Esq.,
Florida Bar No.: 75387
ORTEGA LAW GROUP, P.A.,
2440 S.E. Federal Highway, Ste., M
Stuart, Florida 34994
Ph: (786) 452-9709
Fax: (772) 617-6201
E-Mail: camilo@ortegalawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **September 15, 2020**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Camilo F. Ortega, Esq
Camilo F. Ortega

## SERVICE LIST
**Case Number:** 1:20-cv-20807-KMM

**Service by CM/ECF**
Camilo F. Ortega, Esq.,
ORTEGA LAW GROUP, P.A.,
2440 SE FEDERAL HIGHWAY
SUITE M
STUART, FLORIDA 34994
Ph: (786) 452-9709
Fax: (713) 246-7914
E-Mail: camilo@ortegalawgroup.com
Service by E-Mail:
attorneyservice@ortegalawgroup.com
Counsel for the Plaintiff

*Service by CM/ECF*
**Service by CM/ECF**
H. Clay Roberts, Esq.,
ROBERTS, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, Suite 300
Coconut Grove, Florida 33133
Ph: (305) 442-1700
Fax: (305) 442-2559
E-mail: Roberts@robertspa.com
Counsel for the Defendants