UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| CARLOS BRITO, Individually, | Case No.: 1:20-CV-20807-KMM |
| Plaintiff, | |
| v. | |
| TWENTY SEVEN BIRDS HOLDING, LLC, a Florida Limited Liability Company, TWENTY SEVEN BIRDS, CORP., d/b/a FLANIGAN'S SEAFOOD BAR & GRILL, and d/b/a BIG DADDY'S LIQUORS, a Florida corporation, | |
| Defendants. | |
| _____ / | |

## MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff, CARLOS BRITO, and the Defendants, TWENTY SEVEN BIRDS HOLDING, LLC, and TWENTY SEVEN BIRDS, CORP., d/b/a FLANIGAN'S SEAFOOD BAR & GRILL, and d/b/a BIG DADDY'S LIQUORS, (collectively the "Parties"), have reached a settlement. Attached hereto is a copy of the Parties Consent Decree annexed **Composite Exhibit A**. Plaintiff hereby moves for the Court's approval and entry of the attached Consent Decree. Upon approval by the Court of the attached Consent Decree, the Plaintiff request that the Court retain jurisdiction to enforce the Decree.

**WHEREFORE,** the Plaintiff respectfully request that the Court **GRANT** this Motion, and provide such additional relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 28, 2020                                      Respectfully submitted,

By:*/S/ Camilo F. Ortega*
Camilo F. Ortega, Esq.,

Motion For Entry of Consent Decree<br>
**CASE NO.: 1:20-CV-20807-KMM**<br>
Page 2 of 2

Florida Bar No.: 75387
ORTEGA LAW GROUP, P.A.,
2440 S.E. Federal Highway, Ste., M
Stuart, Florida 34994
Ph: (786) 452-9709
Fax: (772) 617-6201
E-Mail: camilo@ortegalawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 28, 2020, a true and correct copy of the foregoing was served *via* the Court's electronic filing system CM/ECF. I also certify the foregoing document is being served on the date specified on all counsel of record or *pro se* parties as identified on the attached Service List, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who may not receive Notice of Electronic Filing *via* CM/ECF.

By: /S/ Camilo F. Ortega
Camilo F. Ortega, Esq.,

## SERVICE LIST
Case Number: 1:20-CV-20807-KMM

**Service by CM/ECF**
Camilo F. Ortega, Esq.,
ORTEGA LAW GROUP, P.A.,
REGENCY SQUARE
2440 SE FEDERAL HIGHWAY
SUITE M
STUART, FLORIDA 34994
Ph: (786) 452-9709
Fax: (772) 617-6201
E-Mail: camilo@ortegalawgroup.com
Counsel for the Plaintiff

**Service by CM/ECF**
H. Clay Roberts, Esq.,
ROBERTS, P.A.
2665 South Bayshore Drive, Suite 300
Coconut Grove, Florida 33133
Ph: (305) 442-1700
Fax: (305) 442-2559
E-mail: Roberts@robertspa.com
Counsel for the Defendants